**Order filed October 26, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-01018-CR
_____

### JENNIFER ANNE THOMAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-DCR-065587**

## ORDER

Appellant is represented by appointed counsel, Zachary Scott Maloney. On June 2, 2015, counsel filed a frivolous appeal brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel failed to comply with the requirements set forth in *Anders* because he did not file a motion to withdraw as counsel for appellant. On September 15, 2015, this court issued a letter requesting that counsel file a motion to withdraw within 15 days. When counsel failed to comply, the court issued a follow-up letter on October 7, 2015 again requesting counsel's motion to

withdraw to be filed within 15 days. No motion to withdraw has been filed.

Accordingly, we order appellant's appointed counsel, Zachary Scott Maloney, to file a motion to withdraw in this appeal on or before **November 9, 2015**. If counsel fails to file motion to withdraw counsel's brief may be stricken and the court may require appointment of new counsel.

PER CURIAM